UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEHU HAND,<br><br>   Petitioner,<br><br>v.<br><br>GEORGINA PUENTES,<br><br>   Respondent. | Case No. 1:19-cv-00631-JDP (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO FORWARD COPY OF ORDER TO COUNSEL<br><br>ORDER DIRECTING CLERK OF COURT TO ASSIGN CASE TO DISTRICT JUDGE<br><br>FINDINGS AND RECOMMENDATIONS THAT COURT DISMISS PETITION FOR WRIT OF HABEAS CORPUS<br><br>ECF No. 1<br><br>OBJECTIONS DUE IN 14 DAYS |

Petitioner Jehu Hand, a federal prisoner, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2251. Petitioner, once a securities lawyer, has been convicted of securities fraud. *See generally United States v. Hand*, No. 1:15-cr-10386 (D. Mass. filed Nov. 10, 2015). After his conviction, his trial counsel and attorneys for the government apparently agreed to a restitution amount of $486,953.44. *See* No. 1:15-cr-10386, ECF No. 201 (D. Mass. Feb. 2019). Petitioner appealed the district court's order granting the stipulated restitution, and the court of appeals appointed him counsel. *See generally United States v. Hand*, No. 19-1320 (First Cir. filed Apr. 1, 2019). While that appeal was pending, petitioner filed the petition in this case without the assistance of his appointed counsel.

1

| | |
|---|---|
| 1 | Petitioner seeks a court order requiring prison officials to grant him access to his personal |
| 2 | laptop computer for eight hours. *See* ECF No. 1 at 9. He alleges that his prison does not allow |
| 3 | him to access his computer, and that as a result he lacks the means to prepare a Section 2255 |
| 4 | habeas petition that he "may later need to file . . . if the appeal is not fruitful." *Id*. at 4. Petitioner |
| 5 | acknowledges that the court of appeals in his criminal proceeding has not affirmed his criminal |
| 6 | conviction and that he did not inform the attorneys or the court involved in his criminal |
| 7 | proceeding before seeking relief from this court. The habeas petition is before this court for |
| 8 | preliminary review. |
| 9 | Petitioner fails to state a cognizable habeas claim. He has not been denied the documents |
| 10 | he needs: his trial or appellate counsel can obtain the necessary documents without an order from |
| 11 | this court. If necessary, petitioner's counsel can ask the district court that presided over his |
| 12 | criminal case to grant him access to the necessary documents. We see no legal basis for this court |
| 13 | to require prison officials to grant petitioner access to his computer at this time, and petitioner has |
| 14 | identified none. |
| 15 | We will direct the clerk of court to send a copy of this order to counsel handling |
| 16 | petitioner's criminal proceeding. Those attorneys have no obligation to appear in this case absent |
| 17 | court order, but they can assist petitioner in obtaining any necessary documents without this |
| 18 | court's involvement. |

**I. Order**

1. The clerk of court is directed to send an electronic copy of this order to each of the following attorneys:
   a. Eric A. Forni at fornie@sec.gov;
   b. James D. Herbert at James.Herbert@usdoj.gov;
   c. Seth Kretzer at Seth@KretzerFirm.com; and
   d. Eugene G. Iredale at egiredale@iredalelaw.com
2. The clerk of court is directed to assign this case to a U.S. district judge, who will review the following findings and recommendations.

## II. Findings and Recommendations

We recommend that the court dismiss the petition for a writ of habeas corpus. ECF No. 1. Because petitioner is in federal custody and seeks habeas relief under Section 2241, the court need not consider whether to issue a certificate of appealability. *See Harrison v. Ollison*, 519 F.3d 952, 958 (9th Cir. 2008).

These findings and recommendations are submitted to the U.S. district judge presiding over this case under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within fourteen days of the service of the findings and recommendations, petitioner may file written objections to the findings and recommendations with the court and serve a copy on all parties. That document must be captioned "Objections to Magistrate Judge's Findings and Recommendations." The District Judge will then review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated: May 14, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 202