UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEHU HAND,<br><br>             Petitioner,<br><br>     v.<br><br>GEORGINA PUENTES,<br><br>             Respondent. | Case No. 1:19-cv-00631-DAD-JDP (HC)<br><br>ORDER DIRECTING CLERK TO CLOSE CASE |

On April 23, 2020, petitioner filed a voluntary notice of dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i). ECF No. 9. Accordingly, the clerk of court is directed to close this case.

IT IS SO ORDERED.

Dated:   April 28, 2020              _____
                                     UNITED STATES MAGISTRATE JUDGE

No. 206.